# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

JAMES CURTIS PHILLIPS,

   *Petitioner*,

vs.

BRIAN WILLIAMS, *et al.,*

   *Respondents*.

2:16-cv-02709-JCM-PAL

ORDER

      This is a habeas corpus proceeding under 28 U.S.C. § 2254 brought by James Curtis Phillips, a Nevada prisoner. On January 20, 2017, this court entered a screening order identifying defects in Curtis's initial habeas petition and granting him leave to amend. ECF No. 6. On February 13, 2017, Curtis filed an amended petition. ECF No. 8.

      The court has screened the amended petition and concludes that the respondents shall be served with the amended petition and directed to respond to it. *See* Rule 4, Rules Governing § 2254 Cases in the U.S. District Courts.

      **IT IS THEREFORE ORDERED** that the Clerk shall ELECTRONICALLY SERVE the amended petition for writ of habeas corpus (ECF No. 8) and a copy of this order on the respondents.

      **IT IS FURTHER ORDERED** that the Clerk of the Court shall add Adam Paul Laxalt, Attorney General of the State of Nevada, as counsel for respondents.

      **IT IS FURTHER ORDERED** that respondents shall file a response to the amended petition (ECF No. 8), including potentially a motion to dismiss, within sixty (60) days of the date of this order,

with any requests for relief by petitioner by motion otherwise being subject to the normal briefing schedule under the local rules.

**IT IS FURTHER ORDERED** that petitioner shall have thirty (30) days from service of the answer, motion to dismiss, or other response to file a reply or opposition, with any other requests for relief by respondents by motion otherwise being subject to the normal briefing schedule under the local rules.

**IT IS FURTHER ORDERED** that any state court record exhibits filed herein by either petitioner or respondents shall be filed with a separate index of exhibits identifying the exhibits by number. The CM/ECF attachments that are filed shall be identified by the number or numbers of the exhibits in the attachment. The hard copy of any additional state court record exhibits shall be forwarded – for this case – to the staff attorneys in **Reno**.

DATED: March 27, 2017.

_____
UNITED STATES DISTRICT JUDGE